IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRIN MARIE BOUDREAUX                                                                    PLAINTIFF

V.                                       NO.  2:12-cv-02122

HENRY SCHEIN, INC                                                                        DEFENDANT

<u>O R D E R</u>

Before the court is the Plaintiff's Second Motion to Compel (ECF No. 40) filed August 8, 2013 and the Defendant's Motion for Leave to File Reply Brief in Support of Defendant's Motion to Exclude Documents and Compel Their Return (ECF No. 41) filed August 12, 2013.  A hearing was conducted on the Motions on August 20, 2013 and the court finds as follows:

The Plaintiff's Second Motion to Compel (ECF No. 40) is **GRANTED** and the Defendant is ordered to produce the "Jack Mackay" reports also know as the "FSC Daily Merchandise & Equipment Sales Reports" for the months ending January 2009 through June 2013.

The court further Extends the Discovery Deadline until August 30, 2013 and the Defendant is directed to supply the above reports to the Plaintiff on or before close of business on August 30, 2013.

The Plaintiff offered no objection to the Defendant's Motion for Leave to File Reply Brief and, accordingly, the Motion for Leave to File Reply Brief (ECF No. 43) is **GRANTED.**

IT IS SO ORDERED this August 20, 2013.

*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge